

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2020

No. 04-19-00723-CV

**IN THE INTEREST OF W.A.F., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15404
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On January 3, 2020, we ordered appellant to provide written proof to this court that the reporter's fee had been paid or arrangements had been made to pay the reporter's fee. Thereafter, the court reporter filed a notification of late record stating that she had received partial payment for the reporter's record and the balance of the reporter's fee is expected to be paid by the middle of February 2020.

Appellant is ORDERED to pay the balance of the reporter's fee on or before **February 28, 2020**. The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **March 27, 2020**.

Unless appellant files a motion for extension of time and the extension is granted by this court, appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6 (providing that an appellant must file a brief within thirty days after the filing of the clerk's record or the reporter's record, whichever is later); TEX. R. APP. P. 10.5(b) (specifying the contents of a motion for extension of time).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court